UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D-1 CHRISTOPHER RIDENOUR,<br>D-2 CULLEN SWANSON, and<br>D-3 NICK LOGAN,<br><br>Defendants. | Case: 1:22-cr-20031<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 01-19-2022 At 01:48 PM<br>INDI USA v. Christopher Ridenour et al<br><br>VIOLATIONS:<br>18 U.S.C. § 371(Conspiracy to Manufacture and Deal in Firearms Without a License)<br>18 U.S.C. § 922(a)(1)(A) (Dealing in Firearms Without a License)<br>18 U.S.C. § 2 (Aiding and Abetting)<br>26 U.S.C. § 5861(Possession of a Short-Barreled Rifle) |

## INDICTMENT



THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant CHRISTOPHER RIDENOUR was a resident of the State of Michigan, and more particularly, the federal Eastern District of Michigan.

2. Defendant CULLEN SWANSON was a resident of the State of Oklahoma.

3. Defendant NICK LOGAN was a resident of the State of Illinois.

4. Defendant CHRISTOPHER RIDENOUR did not possess a federal firearms license ("FFL") to manufacture or deal in firearms.

5. Defendant CULLEN SWANSON did not possess a federal firearms license (FFL) to manufacture or deal in firearms.

6. Defendant NICK LOGAN did not possess a federal firearms license (FFL) to manufacture or deal in firearms.

7. That from on or about March, 2017 up to and including December 16, 2020, said dates being approximate, CHRISTOPHER RIDENOUR, CULLEN SWANSON, and NICK LOGAN, defendants herein, did knowingly and voluntarily conspire and agree, with each other and others, both known and unknown to the grand jury, to engage in unlawful conduct, that is, to engage in the business of manufacturing and dealing in firearms, to-wit: silencers, without a federal firearms license (FFL).

8. That in furtherance of this unlawful conspiracy, Defendant CHRISTOPHER RIDENOUR, CULLEN SWANSON, and NICK LOGAN unlawfully dealt silencers to owners of firearms.

9. Defendant CHRISTOPHER RIDENOUR engaged in the unlawful unlicensed manufacture and selling of silencers, doing business as Diversified Machine, at 1928 Cowan Drive, in National City, Michigan.

10. Defendant CULLEN SWANSON assisted RIDENOUR in the manufacture and dealing in unlicensed silencers by custom drilling silencer component parts, to-wit: cones, to lower the decibel level and improve the point of impact accuracy of firearms discharged while using the silencers.

11. Defendant CULLEN SWANSON also assisted RIDENOUR by testing RIDENOUR's silencers and providing feedback, and by posting reviews and YouTube videos of the silencers in action.

12. That to further the sales of silencers Defendant CHRISTOPHER RIDENOUR created or commissioned the creation of a website, www.diversifiedmachine.com.

13. That through the Diversified Machine website, Defendants CHRISTOPHER RIDENOUR, and NICK LOGAN, while unlicensed, offered for sale various silencer kits and silencer components, including, but not limited to tubes, spacers, adapters, cones and endcaps for sale to customers both inside and outside the State of Michigan.

14. That RIDENOUR's Diversified Machine website featured photographs of silencer components including, but not limited to tubes, spacers, adapters, cones and endcaps and prices for customers.

15. That Defendant NICK LOGAN, aware that co-conspirator Defendant CHRISTOPHER RIDENOUR did not possess a federal firearms license (FFL), assisted in the sale of various silencer kits and silencer components, including, but not limited to tubes, spacers, adapters, cones and endcaps manufactured by RIDENOUR, by serving as Customer Support for RIDENOUR and his Diversified Machine.

16. That Defendants CHRISTOPHER RIDENOUR and NICK LOGAN, aware of the illegality of selling silencers, silencer kits and silencer components without a license, agreed to refer to silencers on the website and in communications concerning silencers as "solvent traps" to avoid law enforcement attention.

17. That CHRISTOPHER RIDENOUR set up a mailbox for NICK LOGAN, support@dmsloventtraps.com which LOGAN used to field customer inquiries concerning the availability of silencer kits and silencer components, including, but not limited to tubes, spacers, adapters, cones and endcaps and prices, as well as the status of orders that had been placed.

18. That Defendant NICK LOGAN would field these inquiries from customers and forward them to Defendant CHRISTOPHER RIDENOUR who would tell LOGAN how and what to respond to their Diversified Machine online customers.

19. That through the Diversified Machine website, with support from Defendant NICK LOGAN, Defendant CHRISTOPHER RIDENOUR would receive orders and payment for silencer kits and silencer components, including, but not limited to tubes, spacers, adapters, cones and endcaps from customers residing both inside and outside the State of Michigan.

20. That Defendant CHRISTOPHER RIDENOUR would, in response to the orders placed on the Diversified Machine website, ship those silencer kits and silencer components, including, but not limited to tubes, spacers, adapters, cones and endcaps to customers residing both inside and outside the State of Michigan.

21. That CHRISTOPHER RIDENOUR through the Diversified Machine website would direct customers to pay for silencer kits and silencer parts including tubes, spacers, adapters, cones and endcaps by utilizing a service called PayPal.

22. That between November, 2017 and December 20, 2020, Defendant CHRISTOPHER RIDENOUR, doing business as Diversified Machine, received gross proceeds of over $1.01 million from the online sale of silencer kits and

silencer parts, including, but not limited to tubes, spacers, adapters, cones and endcaps.

## COUNT ONE

(Conspiracy to Manufacture and Deal in Firearms Without a License-
18 U.S.C. §§ 371 and 922(a)(1)(A))

D-1 CHRISTOPHER RIDENOUR
D-2 CULLEN SWANSON
D-3 NICK LOGAN

23. Paragraphs 1 through 18 of the General Allegations are hereby incorporated in this Count.

24. That from on or about March, 2017 up to and including December 16, 2020, said dates being approximate, in the Eastern District of Michigan, and elsewhere, CHRISTOPHER RIDENOUR, CULLEN SWANSON, and NICK LOGAN, defendants herein, did knowingly and voluntarily conspire and agree to manufacture and deal in firearms, to-wit: silencers and silencer components, without a federal firearms license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and Title 18 United States Code, Section 371.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

25. That in furtherance of said illegal conspiracy, the following overt acts were knowingly committed by a member of the conspiracy to further the conspiracy:

26. On June 9, 2018, Defendant CULLEN SWANSON texted Defendant CHRISTOPHER RIDENOUR photos of SWANSON's "double scoop cones" which are RIDENOUR's cones modified (drilled out) by SWANSON and asked for RIDENOUR's approval of the modifications made by SWANSON.

27. On June 17, 2018, Defendant CULLEN SWANSON texted Defendant CHRISTOPHER RIDENOUR : "I finally got them finished up! I think they came out really well. I took my time to make sure that everything is symmetrical so I'm very optimistic about testing them later on this week. I'll capture everything on video… is there anything in particular that you'd like for me to do in the video or any particular tests or comparison(s) you'd like for me to do?"

28. On June 18, 2018, in response to the text from Defendant CULLEN SWANSON, containing photos of Diversified Machine silencer parts that SWANSON modified by drilling, Defendant CHRISTOPHER RIDENOUR sent a text response "Cullen, these look fantastic! Aside from the db level, I am hoping to improve the POI shift. Anything you can do would be great. –Chris."

29. On August 20, 2018, CHRISTOPHER RIDENOUR sent an email to one A.M.: "Anthony, I am very happy with the way things are going working with you, I look forward to continue building a successful working relationship. I will

get those kits put together for you. no big hurry on those sample parts, but I do hope they can produce a high quality part. Thanks, Chris."

30. On December 6, 2018, CHRISTOPHER RIDENOUR sent a text to one A.M.: "Anthony-please have your guy get me quote on 300 of these in TI. This is the radial for the 22LR select kits. I have 150 of these in 17-4 SS and would like to get 300 in TI to build the kits...thanks for your help!"

31. On December 17, 2018, one A.M. sent a text inquiry to Defendant CHRISTOPHER RIDENOUR:

"You heat treat the cones before sending them out? Wouldn't that be harder on customers to modify? The prices for the 1.497" spacers: .5"-$3.75 each"

32. On December 17, 2018 Defendant CHRISTOPHER RIDENOUR sent a reply text to one A.M.: "Anthony-... The heat treating does make the cone a little harder to drill but it really isn't any worse than drilling TI. The key I just slow RPM and cutting fluid basically the same as drill TI."

33. On December 20, 2018, Defendant CHRISTOPHER RIDENOUR purchased two ASR mounts from Silencerco.com for $332.00.

34. On April 3, 2019, Defendant CULLEN SWANSON sent a text to one A.M.: "I just finished a new can... with some cones that Chris sent me along time ago. They sound pretty good but they aren't as good as yours."

8

35. On April 16, 2019, CHRISTOPHER RIDENOUR sent a text inquiry concerning the availability of silence components to a supplier, one A.M., as follows: "Do you have 20 Ti radials in 1.372?"

36. On April 19, 2019, A.M. sent a text inquiry of CHRISTOPHER RIDENOUR whether he has over-the-barrel silencer components available in stock:

"Hey Chris, do you have any of those OTB adapters available?" and RIDENOUR texted in response: "Yeah, when I get back to the shop I will send you a list."

37. On May 22, 2019, NICK LOGAN texted to CHRISTOPHER RIDENOUR a request for a $100.00 PayPal payment for a business form membership. LOGAN then texts confirmation of receipt of the $100.00.

38. On May 23, 2019 NICK LOGAN texted CHRISTOPHER RIDENOUR to inquire as to the status of a silencer order from customer A.B. and says "Getting lots of complaining about the website. If we aren't selling spanner might be best to remove it." RIDENOUR texted in response "I been working on the website this morning. I will have some updates by the end of today."

39. On May 23, 2019 NICK LOGAN again texted to inquire on the status of A.B.'s order. CHRISTOPHER RIDENOUR texted a reply containing the

9

shipper's Tracking Number. When LOGAN texts "That works… thank you," RIDENOUR texted "Big thanks for all your [sic] doing!!"

40. On May 23, 2019, NICK LOGAN texted CHRISTOPHER RIDENOUR and said "once I get my 07 FFL imna bring over the 240 I put it together after I get my license. Mean I'm sure you'll want to run 500 rounds of 308 out of a beltfed lol"

41. On May 23, 2019, NICK LOGAN texted RIDENOUR as follows: "Need price list on cones and what we sell getting asked about different kinds…sent you an email containing a discreet [sic] order. It's mine"

42. On May 23, 2019, CHRISTOPHER RIDENOUR texted in response to LOGAN: "Ok, yeah I got more price lists to finish up and gonna send you pics of everything to [sic]". LOGAN texted a reply: "Awesome. Just sent you an order for our kits from a customer."

43. On May 24, 2019, CHRISTOPHER RIDENOUR texted to NICK LOGAN: "If you want to make that can just get the material and we'll build it. That goes for any cans you want to make just pay for materials and I will build it for you."

44. On May 28, 2019, Defendant NICK LOGAN sent a text inquiry to Defendant CHRISTOPHER RIDENOUR: "Any idea when you'll be able to buy material for the products on our website? People waiting to order."

45. On June 4 and 5, 2019 CHRISTOPHER RIDENOUR and A.M. exchanged texts concerning silencer components including adapters, and end caps that RIDENOUR wanted to purchase from parts supplier A.M.

46. On June 19, 2019, CHRISTOPHER RIDENOUR, dba Diversified Machine, sent A.M. $14,626 in payment for silencer components including 600 thread adapters, 600 cones, and 250 end caps.

47. On July 25, 2019, NICK LOGAN sent a text to CHRISTOPHER RIDENOUR inquiring into the status of customer orders for customers J.L. and N.D., and RIDENOUR replied by text with status of each order.

48. On August 7, 2019, NICK LOGAN texted CHRISTOPHER RIDENOUR and reports that A.M.'s silencer manufacturing operation has been shut down [by law enforcement]. RIDENOUR texted in response: "Yeah it's making me nervous. Shittin blood nervous."

49. On August 7, 2019, CHRISTOPHER RIDENOUR texted NICK LOGAN concerning law enforcement shutting down A.M.'s silence manufacturing operation and says "He told me that he was just raided and he would get back to

me when he could. He sounded like he was still in shock." LOGAN texted in reply: "Maybe website should go dark for a little bit to just take it offline. RIDENOUR texted "I'm thinking about it." LOGAN replied: "Apply for your license ASAP brother".

50. On August 7, 2019, after a text exchange about possible law enforcement action, NICK LOGAN texted CHRISTOPHER RIDENOUR "I've been suggesting a license for a reason."

51. On October 22, 2020, Defendant CULLEN SWANSON agreed to build a customer a silencer for $1,000.00.

52. On December 3, 2020, CHRISTOPHER RIDENOUR sent a text to an undercover federal agent posing as a silencer customer and confirmed receipt of purchase money and shipment of a Diversified Machine "Premium Tuned Kit" silencer kit and an USPS shipper Tracking Number.

53. On or about December 4, 2020, after receiving a money order in the amount of $375.00 from an undercover federal agent posing as a silencer customer, CHRISTOPHER RIDENOUR shipped, or caused to have shipped, to the undercover agent one Diversified Machine Premium Tuned Kit silencer kit and a Diversified Machine business card.

54. On December 16, 2020, CHRISTOPHER RIDENOUR possessed seventeen (17) silencers in various stages of completion, as well as thousands of silencer component parts, including, but not limited to cylinders, baffles, end caps, spacers, monocores and muzzle breaks.

All in violation of Sections 371 and 922(a)(1)(A) of Title 18, United States Code.

## COUNT TWO

(Dealing in Firearms Without a License-18 U.S.C. §922(a)(1)(A);
Aiding and Abetting- 18 U.S.C. § 2)

D-1 CHRISTOPHER RIDENOUR
D-2 NICK LOGAN

That from on or about April, 2019 up to and including December 16, 2020, said dates being approximate, in the Eastern District of Michigan, CHRISTOPHER RIDENOUR and NICK LOGAN, defendants herein, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, to-wit: silencers and silencer components, in violation of Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) of Title 18, United States Code, and did aid and abet each other in said unlawful enterprise, in violation of Section 2 of Title 18, United States Code.

## COUNT THREE

(Possession of an Unregistered Short-Barreled Rifle-26 U.S.C. § 5861(c))

D-1 CHRISTOPHER RIDENOUR

That on December 16, 2020, in the Eastern District of Michigan, CHRISTOPHER RIDENOUR, Defendant herein, did knowingly and unlawfully possess a prohibited firearm, as defined by Section 5845(a)(3) of Title 26, United States Code, that is, a short-barreled rifle, to wit: one Palmetto State Armory multi-caliber rifle, Model PA-X9, with a barrel length of $11^{3}/_{16}$ inches, which was not registered to him as required by law with the National Firearms Registration and Transfer Record, in violation of Sections 5841, 5845, 5861(c) and 5871 of Title 26, United States Code.

## COUNT FOUR

(Possession of an Unregistered Short-Barreled Rifle -26 U.S.C. § 5861(c))

D-1 CHRISTOPHER RIDENOUR

That on December 16, 2020, in the Eastern District of Michigan, CHRISTOPHER RIDENOUR, Defendant herein, did knowingly and unlawfully possess a prohibited firearm, as defined by Section 5845(a)(3) of Title 26, United States Code, that is, a short-barreled rifle, to wit: one DPMS multi-caliber rifle Model: A-15, with a barrel length of $8\,^{5}/_{8}$ inches, which was not registered to him

as required by law with the National Firearms Registration and Transfer Record, in violation of Sections 5841, 5845, 5861(c), and 5871 of Title 26, United States Code.

THIS IS A TRUE BILL.

Dated: January 19, 2022

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/J. Michael Buckley
J. MICHAEL BUCKLEY
Assistant United States Attorney
Deputy Chief, Branch Office

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case C· | Case: 1:22-cr-20031<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T. |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cc | | Filed: 01-19-2022 At 01:48 PM<br>INDI USA v. Christopher Ridenour et al |

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    X No | **AUSA's Initials:** JMB |

Case Title: USA v. Christopher Ridenour et al

County where offense occurred: Iosco County

Check One:  X Felony    ☐ Misdemeanor    ☐ Petty

```
__x__ Indictment/_____ Information --- no prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [Case number:]
_____ Indictment/_____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

FILED JAN 19 2022 U.S. DISTRICT COURT FLINT, MICHIGAN

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: January 19, 2022

s/J. Michael Buckley
J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Michael.buckley@usdoj.gov
Attorney Bar #:  P-36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.